**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SAKARA LINDSEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 1:24-cv-01984 |
| v. | ) |
| | ) Hon. Thomas M. Durkin |
| SPEEDWAY LLC, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Sakara Lindsey and Defendant Speedway LLC hereby stipulate to dismiss this action with prejudice, all matters in dispute having been resolved and each party to bear its own fees and costs.

Dated: December 2, 2024                    Respectfully submitted,

SAKARA LINDSEY                             SPEEDWAY LLC

By: /s/ David M. Bizar                     By: /s/ Matthew C. Wolfe

Samuel L. Eirinberg                        Matthew C. Wolfe
**DJC LAW, PLLC**                          Ian M. Hansen
140 South Dearborn Street, Suite 1610      **SHOOK, HARDY & BACON L.L.P.**
Chicago, IL 60603                          111 South Wacker Drive, Suite 4700
(872) 804-3400                             Chicago, IL 60606
sam@teamjustice.com                        (312) 704-7700
                                           mwolfe@shb.com
David Michael Bizar                        ihansen@shb.com
**DJC LAW, PLLC**
1012 West Anderson Lane                    Tristan L. Duncan (*pro hac vice*)
Austin, TX 78757                           **SHOOK, HARDY & BACON L.L.P.**
(512) 220-1800                             2555 Grand Boulevard
nick@teamjustice.com                       Kansas City, MO 64108
                                           (816) 474-6550
***Attorneys for Plaintiff Sakara Lindsey***   tlduncan@shb.com

                                           ***Attorneys for Defendant Speedway LLC***